IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS MARSHALL, et al., | : | Case No. 2:21-cv-04336 GEKP |
| Plaintiffs, | : | |
| v. | : | |
| PETER C. AMUSO, et al., | : | |
| Defendants. | : | |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, filed October 8, 2021, the material submitted in support of and opposition to that motion, the parties' arguments, and the record in this matter, the motion is GRANTED.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are hereby ENJOINED, pending final judgment, from enforcing:

a. Pennsbury School Board Policy 903's prohibitions of speech deemed "personally directed," "abusive," "irrelevant," "offensive," "otherwise inappropriate," or a "personal attack;"

b. Pennsbury School Board Policy 922's prohibitions of speech deemed "offensive," "inappropriate," "intolerant," "disruptive," and "verbally abusive;"

c. Pennsbury School Board Policy 903's requirement that speakers at public comment periods preface their remarks by announcing their address.

1

SO ORDERED.

This the ___ day of _____, 2021.

                                                                                                             _____
                                                                                                             The Hon. Gene E. K. Pratter
                                                                                                             United States District Judge