# Exhibit B

**Nicole Feight**
___

| | |
|---|---|
| From: | SCOTT WEANER |
| Sent: | Wednesday, March 31, 2021 9:09 PM |
| To: | Christine Toy-Dragoni |
| Subject: | Re: Deleting Comments |

Well, I heard the entire commentary, and you are so far off-base that you are not even on the field. This is blatant censorship, and you should truly be ashamed of yourself. You had no right to alter the public record.

Not a single thing that was said could be considered offensive to anyone with a modicum of intelligence. That you are charged with the education of our children is very frightening.

I am not the only one that feels this way.

> On 03/31/2021 7:25 PM Christine Toy-Dragoni <ctoy-dragoni@pennsburysd.org> wrote:
>
> Comments are found in violation of the policy by anyone who hears them and thinks so. It is then run by our solicitors who make the decision that something is in violation. I do not have access to the comments as they have been removed. I am not sure if you can get them through right to know or not.
> I can assure you that everything I responded to in my email was 100% stated in the public comment.
> You may not agree that I should, or anyone on the board, be responsible for enforcing the district policy on public comment; but we are charged with that job.
> Respectfully,
> Christine Toy-Dragoni
>
>> On Mar 31, 2021, at 6:29 PM, SCOTT WEANER  wrote:
>>
>> So, who makes that decision? If a public meeting took place then the minutes and the proceeding should reflect everything that was said/took place. From what I have heard they were not truly what you are reporting. I want to know for myself. As a Pennsbury parent, I respectfully request access to them. Please make them available without censorship.
>>
>>> On 03/31/2021 3:03 PM Christine Toy-Dragoni <ctoy-dragoni@pennsburysd.org> wrote:
>>>
>>> Comments that violate the policy are deleted as the policy states. I'm sorry you feel that is inappropriate, but those are the rules of the policy.
>>>
>>> Christine Toy-Dragoni

1

On Mar 31, 2021, at 2:01 PM, SCOTT WEANER ██████ wrote:

I feel it was inappropriate to delete any comments made at the board meeting. I strongly urge you to fix this. I would also like a transcript of the original comments.

Scott Weaner