# Exhibit E

## Re: Public Comment

**TR. Kannan** <tr.kannan@pennsburysd.org>
Thu 7/30/2020 2:32 PM

To: Robert <rmaenv@hotmail.com>

Thank you Mr Abrams for reaching out to me.
I will be glad to read your comments as long as it is not personally directed, abusive, obscene or irrelevant.

Best regards

Tr Kannan

On Thu, Jul 30, 2020 at 1:19 AM Robert <rmaenv@hotmail.com> wrote:
> TR,
>
> You are the only recipient of this e-mail since you are the Board President and it was you that stated you preferred the new public comment format meaning you are assisting in violating the 1st Amendment Rights of the residents and taxpayers of the District. While you said that Peter Amuso said Governor Wolf under Covid said it was OK, I can assure you that PA Governor Top Wolf does <u>not</u> control or direct or have the ability to change the United States Constitution. Nor do you, Michael Clarke, Peter Amuso, William Grezula or anyone else have the authority to be the "speech police" and violate at minimum the Constitutional rights of the citizens.  In the event you do not know, Governor Wolf is already under impeachment consideration by the PA Congress for civil rights violations. Since Pennsbury takes one cent or more of Federal Funds you are under the jurisdiction of the United States Department of Justice and United States Department of Education. Neither of these two Federal agencies to my knowledge have declared a moratorium on 1st Amendment Rights as granted by the United States Constitution relative to the Covid-19 virus.
>
> I am sure you are aware of this article that was Published Monday in Levittown Now...
> http://levittownnow.com/2020/07/27/law-enforcement-asking-questions-in-area/
> Might I also suggest you review the 2 attached clips (I have the full meeting videos also) I have with Michael Clarke telling me and the constituency the we have no 1st Amendment Rights (this occurrence is in the 3/6/14 video). Obviously, he has not been able to follow through on that statement until he had you do it at the last meeting. I always knew they made you President of the Board to also make you the "fall guy" for any illegalities they chose to send the taxpayers' way. Again, please refer to the Levittown Now article attached. I also did note the public was also not allowed comment at the Education meeting Tuesday (7/28/20). I am sure you are aware that I also posted this issue on public media and your position of denying the public 1st Amendment rights got ZERO support. Don't bother sending the "hit people" onto the site now. Too late!
>
> Accordingly, and hopefully I have the time tomorrow I will write up my public comment in MY words. You, or whoever the moderator is for public comment will read my public comment to the public <u>VERBATIM</u>, Should you not know the "exact" definition of the word "verbatim" you can find it here... https://www.google.com/search?source=hp&ei=SD0iX7moEZHBytMPysmTsAY&q=verbatim&oq=verbatim&gs_lcp=CgZwc3ktYWIQARgAMgUIABCxAzIFCAAQsQMyCAgAELEDEIMBMggIABCxAxCDATICCC4yBQgAELEDMgIIADICCAAyAggAMgIIADoRCC4QsQMQgwEQxwEQowIQkwI6DgguELEDEIMBEMcBEKMCOggILhCxAxCDAToLCC4QsQMQxwEQowI6BQguELEDOgQIABAKOg0ILhDHARCjAh

AKEJMCOgoILhDHARCjAhAKOgQILhAKOgcIABCxAxAKUPUOWO9eYNd5aANwAHgAgAFJiAHQBJIBAjExmAEAoAEBqgEHZ3dzLXdpeg&sclient=psy-ab

You or the moderator of the meeting reading the public comment submissions does <u>not</u> have my permission to edit, change, deviate or alter <u>ANY</u> words or wording that i submit for public comment. Again, please review the definition of the word "verbatim" I provided you with above.

You are welcome to forward this to members of the Board or Administration (Solicitors included) you wish or deem appropriate.  Be advised that I will be forwarding this to Congressman Daryl Metcalfe who is the Chair of the State Government Committee for review and comment. Congressman Metcalfe is the State leader in protection of the Constitutional Rights of Pennsylvania residents and is leading the impeachment of Governor Wolf for his egregious violations of the same.

I <u>strongly</u> suggest that you put public comment back to just that; PUBLIC COMMENT. You may want to note that the Public Utilities commission (PUC) just scheduled 8 virtual public hearings and public comment dates for the proposed Pennsylvania American Water increase. Obviously, this would contradict peter Amuso's statement from the last meeting as the PUC will have call in numbers available for those choosing to make public comment.

Hopefully, you will see the "light" and I will not have to carry this further (please refer to Levittown Now article above).

**Robert M. Abrams**

**652 Teich Drive**

**Yardley, PA 19067**

**(215) 736-2060 (Phone & Fax)**

**(267) 981-5701 (Cell)**


**This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above.  If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.**