# Exhibit N

| Timestamp | Email Address | First Name of person submitting comment: | Last Name of person submitting comment: | Please select the municipality of your residency or district affiliation. Check all that apply. | Please select the topic(s) of your public comment. | Please type a summary statement of your comment here. You will have an opportunity to write your complete comment in the next section. | Please type your full public comment here. |
|---|---|---|---|---|---|---|---|
| 12/15/2020 16:20:52 | | Tim | Daly | Lower Makefield | Board Appointment | Respect Election Results / Re | Approximately 2 weeks ago on Social Media, a member of this School Board had a heated debate with multiple members of the community on Facebook, declaring that no candidate who was not a registered Democrat would be considered for Appointment. The School Board is supposed to be non-partisan and non-political, but unfortunately numerous members of this Board cannot control their Illiberal Democrat ideologies that aim to make us feel like we are represented by duly elected officials, but upon election block transparency into activities and oversee their responsibilities with an authoritarian approach aimed to silence dissent. These types of comments in Social Media are a continual stain on our community as this Board continues to politicize our kids.<br><br>Over the course of the last year, this Board has put forward three appointments, in all cases flipping election results while filling spots with controlled votes of members of their preferred political party. These actions to eliminate diversity of thought on the Board and reject the will of the voters has sent the school district into a downward spiral. We are now facing a 4th appointment in just 14 months which could send the district spiraling further into disarray with an incompetent Board that is bereft of leadership.<br><br>Tonight, myself and other members of ReOpen Pennsbury call upon this Board to unanimously appoint Timothy Watkins to replace Christian Schwartz. We call for this action to properly respect election results from November 2019 and award this seat to the individual that not only lost a closely contested Board election, but also showed an actual true interest in public service given Mr. Watkins' efforts to actually seek election rather than going through a backdoor without community approval like one-third of our currently seated board members. There are no other candidates who should be considered for this appointment given Mr. Watkins' strong election results. His close 2nd place finish should be honored so that the will of the voters is respected given that School Board elections have nothing to do with political party affiliation.<br><br>I have "lowered my expectations" when it comes to the actions of this politicized School Board. I personally have no faith that any of you has the integrity to do the right thing and grant this seat to the 2nd place finisher in the last election based on the disarray each of you has caused over the past year with your lack of leadership. Therefore, if you reject Mr. Watkins appointment, I request that all BOE members recuse themselves due to your apparent conflicts of interest. As you have been notified by me through email, with inclusion of the news media, we have reason to believe that the October 12th email which was denied by RTK and is now currently under appeal, contains information which precludes each |
| 12/15/2020 22:37:48 | | Amanda | S | Falls | Education | Snow Days | First and foremost I want to say thank you for keeping the hybrid and not staying virtual until January. My son has never been so happy to be back in school. However I will say I am highly disappointed in how the snow day decision went. These children have been on these computers learning non stop and to take away a day they could use a break is very disappointing. Let kids be kids stop taking everything away from them. They need mental breaks too, they need to be children. Maybe next time follow with Neshaminy it's been clear this whole time they know what they are doing. Think of the children and the teachers I'm sure they could have used a snow day as a mental day themselves they have been working so hard they deserve a day too. |
| 12/16/2020 11:59:42 | | Sandra | Mehmedagic | Falls | Education | Thank you to Fallsington Elementary | Thank you to the teachers, administrators and staff at Fallsington Elementary for making first virtual, and now hybrid such a wonderful experience for my girls. They love school and their teacher Mrs. Tietz! |
| 12/16/2020 12:15:43 | | Tanya | Ellis | Falls | Education | Change | Change is needed. Those on the board MUST stop and realize that in-school teaching IS ESSENTIAL! If they cannot bring themselves to make this happen, then step down and let someone else make it happen. Middle schoolers and our teenagers are depressed and suicidal. Are you waiting for a child suicide to force your awareness and action? If there is one, their blood IS ON YOUR HANDS! I mean this in the most serious and solemn manner. Act NOW before it's too late. I'm begging you, make the difference in these children's lives that you are meant to make! |
| 12/16/2020 16:52:17 | | Amber | L | Falls | covid | health care overload concerns | Hello, please consider the hospital systems being completely overloaded right now. St. Mary Medical Center is our local pediatric ER, as well as our local trauma center. They are struggling with 40% covid beds, (20% is severe) and are at and around 100% capacity for the hospital. There are some elective surgery cancellations in place, with an average 80 to 114+ covid cases recently. Pennsbury staff and student case numbers seem to be most all high school cases. Please reconsider in person option for PHS as the numbers in the high school population speak for themselves. I am here to advocate for the entire community, as well as the exhausted medical staff in Bucks and we all agree THIS WAVE is far worse than the spring. I know it's exhausting, but this a pandemic damaging lungs and taking lives. Thank you for your time. |