**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOUGLAS MARSHALL, SIMON CAMPBELL, ROBERT ABRAMS, AND TIMOTHY DALY,<br>　　Plaintiffs,<br><br>　　v.<br><br>PETER C. AMUSO, et al.<br>　　Defendants. | :<br>:<br>:<br>: Civil Action No. 2:21-cv-04336<br>:<br>:<br>: Honorable Gene E.K. Pratter<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Defendants' Motion to Dismiss pursuant to Fed. R. of Civ. P. 12(b)(6), Brief in Support thereof, and any response thereto, it is hereby ORDERED that the Defendants' Motion is GRANTED, and that Plaintiffs' Complaint is dismissed in its entirety with prejudice.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Gene E.K. Pratter