IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS MARSHALL, et al., *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| PETER C. AMUSO, et al., *Defendants* | : : : | No. 21-4336 |

## ORDER

AND NOW, this 17th of November, 2021, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 4), Defendants' Response in Opposition (Doc. No. 44), and the Court having conducted a hearing on November 8, 2021 and November 12, 2021, it is **ORDERED** that the Motion (Doc. No. 4) is **GRANTED**. Defendants are hereby **ENJOINED**, pending final judgment, from enforcing:

1. Pennsbury School Board Policy 903's prohibitions of speech deemed "personally directed," "abusive," "irrelevant," "offensive," "otherwise inappropriate," or "personal attacks;"

2. Pennsbury School Board Policy 922's prohibitions of speech deemed "offensive," "inappropriate," "intolerant," "disruptive," and "verbally abusive;" and

3. Pennsbury School Board Policy 903's requirement that speakers at public comment periods preface their remarks by announcing their address.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court will waive the Fed. R. Civ. P. 65(c) bond requirement.

1