IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS MARSHALL, et al., *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| PETER C. AMUSO, et al., *Defendants* | : : : | No. 21-4336 |

**ORDER**

AND NOW, this 30th of November, 2021, upon consideration of the Motion to Intervene filed by Harold P. Kupermit (Doc. No. 51), it is hereby **ORDERED** that the parties shall file their respective positions on the Motion (Doc. No. 51) on or before **December 10, 2021**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1