IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS MARSHALL, et al., | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PETER C. AMUSO, et al., | : | No. 21-4336 |
| *Defendants* | : | |

## ORDER

AND NOW, this 14th of December, 2021, upon consideration of the Motion to Intervene filed by Harold P. Kupermit (Doc. No. 51) and the responses thereto (Doc. Nos. 59, 60 & 62), it is hereby **ORDERED** that the Motion (Doc. No. 51) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1