IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS MARSHALL, et al., *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| PETER C. AMUSO, et al., *Defendants* | : | No. 21-4336 |

## ORDER

**AND NOW**, this 4th of April, 2022, upon consideration of the Defendants' motion to dismiss (Doc. No. 43), Plaintiffs' response in opposition (Doc. No. 55), Defendants' reply (Doc. No. 58), this Court having held oral argument on February 2, 2022, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion (Doc. No. 43) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiffs' claims against the individual defendants in their official capacities are **DISMISSED** as duplicative;

2. Plaintiffs' claims against Mr. Pallotta, Mr. Taylor, and Mr. Sanderson are **DISMISSED WITHOUT PREJUDICE**; and

3. The remainder of the motion to dismiss is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE