EXHIBIT D

4/12/22, 12:45 PM                BoardDocs® Agenda Item - PUBLIC NOTICE: All or a portion of this meeting is being recorded for purpose of public broadca…

Case 2:21-cv-04336-GEKP Document 76-4 Filed 05/13/22 Page 2 of 4



## Agenda Item Details

| | |
|---|---|
| Meeting | Mar 17, 2022 - Board Action Meeting - This meeting will be conducted in-person and also available on a live stream. |
| Category | 9. POLICY AND RESOLUTIONS |
| Subject | C. Board Policy - Delete/Abolish 922 |
| Type | Action |
| Recommended Action | Move that the Board delete current policy 922. |

Policy 922.pdf (125 KB)



| | |
|---|---|
| Book | Policy Manual |
| Section | 900 Community |
| Title | Civility |
| Code | 922 |
| Status | Active |
| Adopted | May 20, 2021 |

**Purpose**

The purpose of this policy is to promote mutual respect, civility, and orderly conduct among and with Board members, employees, contractors, parents/guardians, students, volunteers, coaches/activity sponsors, and members of the public.

The Board believes that the district's schools, property, and school-sponsored events and activities should be places where all individuals are treated with courtesy, respect, dignity and kindness (collectively understood to mean "civility.")

It is not the intent of the Board to deprive any person of their right to freely express themselves or exercise any other rights to which they are entitled. Rather, the Board seeks to maintain, to the extent possible and reasonable, an environment that is conducive to learning where people feel safe and secure. It is in this spirit that the Board establishes this policy.

**Guidelines**

The Board encourages positive communication among all stakeholders, even in the most difficult of circumstances. Offensive, inappropriate, intolerant, and/or threatening speech or behavior erodes the civil, orderly, and respectful environment that the Board seeks to promote in district schools, on district property, and at district-sponsored events and activities.

**Strategies for Addressing Incivility When it Occurs**

If a participant in any type of district meeting (I.E. IEP meeting, parent/teacher conference, Board meeting or other district sponsored activity) becomes disruptive, verbally abusive, or acts in a way which violates this policy, the individual responsible for chairing or hosting the meeting or event shall immediately ask the alleged offender to discontinue the behavior. If the alleged offender continues to act inappropriately, the meeting may be recessed, ended or continued without the participation of the alleged offender.

Outside of the context of a meeting, any school official who observes or is the victim of conduct that violates this policy shall calmly and politely request that the alleged offender immediately discontinue or correct the offending behavior. If the alleged offender continues to act inappropriately, the school official shall contact the building principal, a central office administrator or the individual responsible for the event/activity.

If, at any time, any individual threatens harm or makes inappropriate physical contact with another individual, law enforcement shall be promptly notified.

Communication between all stakeholders is expected to be civil, including via phone, email and other forms of verbal interaction. If at any time, any individual becomes disruptive, verbally abusive or acts in

violation of this policy, district employee(s) maintain the obligation to end the communication immediately.

Individuals who repeatedly violate this policy may have restrictions imposed on their right to be present in district schools, on district property, and/or at district-sponsored events or activities. Limitations may also be placed on an individual's right to interact with members of district staff.

Violators of this policy may also be reported to law enforcement or other authorities.

### Delegation of Responsibility

The Superintendent or designee shall develop administrative guidelines implementing this policy which:
1. Provide examples of conduct/behavior that is in violation of this policy, consistent with the guidelines above;

2. Outline a recommended procedure to be followed when conduct in violation of this policy takes place in district schools, on district property, or at district-sponsored events or activities; and

3. Provide a process through which individuals who believe they have been treated in a way that is not consistent with the standards outlined in this policy can have such complaints reviewed and addressed.