# EXHIBIT G



| | |
|---|---|
| Book | Policy Manual |
| Section | 900 Community |
| Title | Public Participation in Board Meetings |
| Code | 903 |
| Status | Active |
| Legal | Eichenlaub vs Township of Indiana 385 F. 3d 274 (3rd Circ. 2004) |
| | Miller vs California 413 U.S. 15 (1973) |
| | 65 Pa. C.S.A. 701 et seq |
| Adopted | March 18, 2022 |
| Last Revised | March 18, 2022 |
| Last Reviewed | March 15, 2022 |

### Purpose

The Board recognizes the value of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. Priority will be given to (a) residents of the School District; (b) taxpayers; (c) representatives of a company that is a taxpayer; (d) employees of the District; and (e) parents/students of the District.

### Authority

In order to permit fair and orderly expression of public comment, the Board shall provide an opportunity at each open meeting of the Board for comment on matters of concern, official action or deliberation before the Board prior to official action by the Board.

### Presiding Officer

The Presiding officer means the School Board President or another Board member in his/her absence.

### Guidelines

1. The public comment session shall be limited to 90 minutes and shall take place prior to the voting portion of the Board meeting.

2. The opportunity to comment during the public comment session will be open to all. Priority will be given to the following stakeholders: (a) residents of the School District; (b) School District taxpayers; (c) Representative of a company that is a School District taxpayer; (d) Employees of the District; and (e) Parents/students of the District.

3. All individuals wishing to comment shall, prior to the start of the meeting, register on a form and will include their name, municipality, and business affiliation, if applicable. One form will be for the individuals listed in #2 above and a second form for anyone else who wishes to address the Board.

4. Any person speaking during the public comments session shall state their name. If commenting on behalf of a company as a taxpayer then the speaker shall also state the name of the company and the fact that he/she is speaking on behalf of the company.

5. The comments by any individual shall be limited to 5 minutes.
    a. the speaker's 5 minutes will be uninterrupted by the School Board or School Board officials;
    b. speakers many not cede their time to other persons;
    c. no speaker will be permitted to speak more than once during the public comment session.

6. Comments may be terminated by the Presiding Officer if they:
    a. incite an immediate breach of the peace;
    b. make comments which are considered, as a whole, to prominently appeal to prurient interests or are otherwise obscene or constitute threats of bodily harm;
    c. go beyond the 5 minutes or violate either (a) or (b) will be asked to stop speaking and may be requested to leave the meeting;

7. The Presiding Officer may request the assistance of law enforcement officials to remove a disorderly person when that person prevents or interrupts a meeting, or acts to obstruct or interfere with the meeting.